**Mark Anthony JONES, Plaintiff–Appellant,**

v.

**Edmund G. BROWN, Jr., Governor; et al., Defendants–Appellees.**

No. 14–15035.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2014.*

Filed Dec. 4, 2014.

Mark Anthony Jones, Crescent City, CA, pro se.

Before: LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

California state prisoner Mark Anthony Jones appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that Jones is eligible for re-sentencing under Proposition 36 and that Cal.Penal Code § 1170.126 is unconstitutional. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A, *Hamilton v. Brown*, 630 F.3d 889, 892 (9th Cir.2011), and we affirm.

The district court properly dismissed without prejudice Jones' action seeking injunctive and declaratory relief because it

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

challenged the fact and duration of his state criminal sentence. *See Preiser v. Rodriguez,* 411 U.S. 475, 488–89, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973) (habeas corpus is the exclusive remedy for a state prisoner who challenges the fact or duration of his confinement and seeks immediate or speedier release, even though such a claim may come within the literal terms of § 1983).

**AFFIRMED.**

Before: LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.